**Exhibit A to the Complaint**

**Location:** Westfield, NJ  
**Total Works Infringed:** 96  

**IP Address:** 100.35.40.219  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B705494A12DFACBD15BC7C0D1130A409D4066B0A<br>File Hash: B4E0B5D9AAEC093E493F239356663256B651CAE002FD12F59DAF88E8D58445AB | 11/12/2020 22:39:24 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 2 | Info Hash: 10D6FD007B8BCD383D93E6E234C5BB776877CF52<br>File Hash: B0A08916CE54D2B101C5D7AF9E9FB42D9CEF3A49A0E576F87DC3FDFCE716A3B9 | 11/12/2020 13:10:48 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 3 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/28/2020 14:47:20 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 4 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 10/28/2020 14:46:24 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 5 | Info Hash: BD6060ADF5D506AEDCACA1206C61BE68A531D586<br>File Hash: 9F30B4304A2C6A1ED2825CBA9290B07F573E233F309FFA499F963692B013F452 | 07/29/2020 15:45:42 | Blacked | 07/18/2020 | 08/11/2020 | PA0002252258 |
| 6 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 07/29/2020 15:43:06 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 7 | Info Hash: C23B9D94C3B7F041233843C843364B3DA0B82D54<br>File Hash: 443DD6276022FAFA560EA4942A0DE08B099B5BD4E81AC12CFA2B6F336A89E0C9 | 07/29/2020 15:36:14 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 8 | Info Hash: C0EAA3181643B92122959EA42EC4E072310DF681<br>File Hash: 37C92B7F3C98A826ECA04A613890776A4E7949DE0132FD24B114D733964AEF8D | 07/29/2020 15:32:52 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 622FDF3B81EFEFA317E84E13FC19DC90C963D6A6<br>File Hash: C46A246C2DDBCC34595DA6C8A543233E6A82B3996385E8A47408A4E1BCA4E516 | 07/29/2020 15:25:55 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 10 | Info Hash: D72165EC4FA2005CFFC1F7559B1681946B18A3FF<br>File Hash: 49BC9821179393194AC142968606EF6DB92DB1228751796E27A9BDB4A66A6BE0 | 07/16/2020 17:27:59 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 11 | Info Hash: 9D5513F0563852D9FB73EDC7D6318A6BB04334D9<br>File Hash: 35FE4D7B4F69D9A993A38DA2678D299612080B13C2B55B163FA7412E930178CF | 07/16/2020 17:24:40 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 12 | Info Hash: FB957BE898DADD1186C0FBB70DB37E77ECE5DB1A<br>File Hash: CCAEE38FA77AF2583E0D24BB6FDDE76B89ED6A93A5DE0DA59C65887835A13ED7 | 05/08/2020 00:38:46 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 13 | Info Hash: B13AE94A241C9D4B473BBB3C26F761F76F55D935<br>File Hash: 395A82D53B768C28EBBA26D21956E9B2F8BDD3FF8A502A46B474BE4C632659AE | 05/07/2020 20:56:39 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 14 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 04/27/2020 18:17:42 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 15 | Info Hash: BF3B2EACDF3C1923C1EDF2EA4D7B0D07247639A4<br>File Hash: 36218BF3E0124DB3BE8642839AB4D83FF7CC7114E8E3674CFBB480806E3CF3A7 | 04/22/2020 01:42:50 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 16 | Info Hash: E24ACC1242043EFC8A710E20BBCB6B1D18DA36FB<br>File Hash: DF64F00058CC2E3BA0D02F8043BA7D9F409AB48450AD868E62957C1CA9A66258 | 04/19/2020 21:26:46 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 17 | Info Hash: 04455102D027D1C31D4D360E494051E65B5C8226<br>File Hash: EC8000A531367C6B80D3B6E8DA9F5FE8FF84BF69D1003C5D162D6BBEBE8816E5 | 04/06/2020 21:53:52 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 91E60E9732B65C69E343EE502796C7E984D73A65<br>File Hash: 87E699E7FCC3D46DCE698B0A6D6B171CC6B9B5C86D91A249EC780D82D356D961 | 04/06/2020 21:52:29 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 19 | Info Hash: BCE9ADB1395E31C81B9FBF7A1C234BC374E84879<br>File Hash: EBD15E31D20516DED62EDC679BD92F1EC6357C1B276AB4A2193A5E4A9D8CBCFD | 04/06/2020 21:52:13 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 20 | Info Hash: 272AA48D377D9D07F1E19D19D64DE273AE6CAD89<br>File Hash: 3120FC1318BF943B30842B691AC19032EB9AC10876CE65F23160ADF3117ECEBD | 04/06/2020 21:47:00 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 21 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 02/26/2020 17:02:11 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 22 | Info Hash: D2551CED979FBE4D8C2A3098FE7D389E9696CBAD<br>File Hash: FEC2E8D593528D2DEF92B720A4E7D678DBD7E74A8201BE18489DCDA667272B23 | 02/26/2020 17:01:42 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 23 | Info Hash: A4310B3C6CDA62F3C56AEF3ECE34B3FF5E110EF1<br>File Hash: AE428533F571DBD5E29302F5F53818561371971BC63CAA9F6C12567216F4ED0A | 02/26/2020 16:57:10 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 24 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 02/26/2020 16:54:23 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 25 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 02/26/2020 16:46:57 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 26 | Info Hash: 31959DBFA8875FB8FF4EFC094D1C92D4DC625E7C<br>File Hash: 8E1FC62DCDBBC878972A90DEC72B1FBA5206AF2E9DFEB6659AB6ED88FBC76BDD | 02/26/2020 16:41:52 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 02/26/2020 16:40:18 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 28 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 02/26/2020 16:35:01 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 29 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 01/22/2020 05:06:43 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 30 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 01/22/2020 05:05:07 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 31 | Info Hash: BCB036C989D58ECF7F9CEA9F9149936EC88CAE83<br>File Hash: 90FABA150526202169B855D03E9F549E10C6149131A5ED1D1ECB04B7D8BA7C44 | 01/22/2020 05:04:33 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 32 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash: 71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 01/22/2020 05:02:30 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 33 | Info Hash: 4E635488CA09BDE33B28C807A7EB87A50190EBDC<br>File Hash: 08CE3BAC767E73B8CACC5EA40488B891A27934E7C4AE697B440CEA00B6B4E5E6 | 01/22/2020 04:56:36 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 34 | Info Hash: BAB6EB6DA296A31AF623DB7A9EF885CCD7C0DB5D<br>File Hash: C063254D50186F2088DAE501466E95E9A0E26A2243F649F67F8443EA45B5CDF5 | 01/22/2020 04:52:50 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |
| 35 | Info Hash: A293C6DB6C2A564F2EBBF7F273138154D95D3C4C<br>File Hash: 75CF2A35CD67E106DC2D5C349DA347EBE72F275E10C4A134CF140C2662694B79 | 12/01/2019 17:45:14 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DD7D9795E444F4A6C88F770090690E10B003073E<br>File Hash: 7A54C431B03EF40343B74D55875C35757C5E8AB7D71DB14BA1EBC7282381C12B | 12/01/2019 17:45:13 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 37 | Info Hash: 7DC31F64F10A5177DC11A0B36E4E52BDD9D6743E<br>File Hash: 731763BED52FC0E38E82856DB997AEB34FE42070147E94E098EF60145CE647FA | 12/01/2019 17:44:51 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 38 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash: 49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 12/01/2019 17:44:32 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 39 | Info Hash: A386369E9620CD551C87E9E07842DE45BD1B172F<br>File Hash: F8D49BE32DC038878A18B3A32A1AFF410382AAA4E1952E2327D8D2672A1E64ED | 12/01/2019 17:40:47 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 40 | Info Hash: 776D267C1D1D792C5F0C51B94A860400326DC05F<br>File Hash: 658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 12/01/2019 17:39:34 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 41 | Info Hash: 2926904DFC10E9C9AE851F4F96C3B290D622B493<br>File Hash: 6DFEB6BE25007598E61AC7AADEFDD33DB7B081C4B2E3FC40ECBD1602FAC8332C | 09/28/2019 02:23:47 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 42 | Info Hash: A8A900F68D1470DE418DD2185447666C868F45CD<br>File Hash: 4088203106C9904C556319D77A7C8FC3363F3842B21D17A0DDA94A76A6DD8FA6 | 09/28/2019 02:22:43 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 43 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 09/28/2019 02:20:06 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 44 | Info Hash: 28F94F30A942C1A433243BEF5077E036528DDAF8<br>File Hash: 9DB60297590CCEF74FAC47DFC5C24C06D8EB699EF55819D09377E8E8BAB7D3EA | 09/27/2019 22:46:36 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: FB74770301183194E022950AB806F22711E1D882<br>File Hash: F46BFB163A513B7F3E12142FBD8465F06FA30094AA36D8A3EA740283856110EB | 09/27/2019 22:45:46 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 46 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 09/27/2019 22:44:48 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 47 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 09/27/2019 22:44:32 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 48 | Info Hash: BBBB491861320973D32925E36DF7B437100D9861<br>File Hash: 0FFCE13191120060DC13FA5B30568447FBC5884690A60428EB2C2ADA9F289D9F | 09/27/2019 22:40:10 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 49 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 09/27/2019 22:40:01 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 50 | Info Hash: 9606A2BEBD2ED49AF47787169BF9B73A4A1C9CDC<br>File Hash: 351673D7BB0532484059A5C5E6C65500889E456A63424B325E0A00A47AAA81C3 | 09/27/2019 22:39:36 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 51 | Info Hash: 2861A1669C5388241A40C4CA8F9568E2AAADC9A1<br>File Hash: 0691F9C2C172D27A901B54F016672B3C984AB595B10F6D6D70868A52B340C95F | 09/27/2019 22:37:58 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 52 | Info Hash: D40B0124AFF607323BD170850E10CBD7AA0D6B2A<br>File Hash: 047573C043956EE10C7C182B54067B7B26450A49A1C0A2B6883B261387850DE7 | 09/27/2019 22:36:37 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 53 | Info Hash: 3000CA5DB618894F3AE2C4F4EA9962D7268B229A<br>File Hash: E6C211C3E5285BF205B45A674A4CCD75A6773E497C15559E781D1B30CACA34DA | 09/27/2019 22:34:26 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC<br>File Hash: 262B5FB839942C0084068E0031AADA76ED68D812EC7C6AEF113473B261AE1A29 | 08/10/2019 17:18:31 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 55 | Info Hash: 8C66EB037AA13EF5404DD5106524B45219995A9C<br>File Hash: FDFB0E5888D040B2F5B24B603D5AAD2A3F4208F64D00083B66FFD7B8E69218DF | 08/10/2019 17:17:32 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 56 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 08/02/2019 17:27:54 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 57 | Info Hash: CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A<br>File Hash: C9D25135B90E91BB6451557A25CFF18DF7E804114218FB4E7CB112E333D037EA | 08/02/2019 17:27:17 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 58 | Info Hash: 93549317257A2157F77D68D6A18E486F3C583672<br>File Hash: 3312349A44425236A10749090ECCFAD1050B4CA9C7B26D5D70285C9D6CCC2829 | 08/02/2019 17:26:00 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 59 | Info Hash: CAC29FF448BCAE7FD17A86BA4E36F077BF6469EB<br>File Hash: 0FDE48EAB994C73A59E287F4F79F66CC2558CC502CE9E799ED2EB9CEBD04A1CE | 08/02/2019 14:05:28 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 60 | Info Hash: D7D96219F75CB298E2C1029F953017860E5C1004<br>File Hash: BB58FBED18D81A3F0D14C271ADF4BE3A045E2E0C621BB5195F09A2908C189EF1 | 08/02/2019 13:55:53 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 61 | Info Hash: 23EB7D7E16DD92EC70D4F119FBC6039307E914E7<br>File Hash: B5787689E64C8A1A5072708B59E4212459827FAA8E016443600B98120D6D3C40 | 06/25/2019 02:22:11 | Tushy | 10/13/2017 | 10/19/2017 | PA0002058299 |
| 62 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash: 6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 02/16/2019 17:25:58 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: BF0780F2FFDA83874CCA51107D499AED2E52AD92<br>File Hash: 185333BE464349DCA0F1A1EF81E07CA70178F541403BEA8030689D84FB78CD67 | 02/16/2019 17:25:31 | Blacked Raw | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 64 | Info Hash: 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5<br>File Hash: F34A0453DC1A135DD6269A22BD1DEC952B15DB34964CB49EF25E5C0E66F57423 | 02/16/2019 17:25:09 | Blacked Raw | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 65 | Info Hash: 6671533EE8277923DF4254534389F8630C5BF901<br>File Hash: E0FAF6BEA1F4A89CD20AC1663D44E496BEC7768D3B10A75F9EC68A970EADA341 | 02/16/2019 17:24:36 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 66 | Info Hash: 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3<br>File Hash: 926027C8A4F2458C26CBFD5B8F0F2C5CB249012E5DF79AA4493326F8BDF1A655 | 02/16/2019 17:24:31 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 67 | Info Hash: BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688<br>File Hash: 7A4B8C70A6F3D5B0F06DF3D99A020C7E8C143C66AF5E11450359BE856AD50A77 | 02/16/2019 17:19:37 | Blacked Raw | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 68 | Info Hash: 3D053805CCD7FD3E623BC505E427299B900CCC27<br>File Hash: 74E4604D07BC40B6231CC7537ED8F323923AF44FDAC1EBEA201657537C33BB87 | 02/16/2019 17:10:43 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 69 | Info Hash: 2ADE8763346FFA11FC1395267FDA45ACC89C677C<br>File Hash: CAC816B88E76CA37F722E7F92736C38A9916269EB659FEA2E78918D83D06D7D8 | 02/16/2019 17:07:42 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 70 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 02/16/2019 17:04:46 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 71 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash: C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 02/12/2019 21:23:58 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: B1A2DC4765A2B4D99B966CF0D71D5D3E5D20C027<br>File Hash: 634BA26A78F4AA4A3DC59961AA674022CD4EE786DCAAA7C939D8D04816423C23 | 02/12/2019 21:23:47 | Blacked Raw | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 73 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 02/12/2019 21:23:18 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 74 | Info Hash: 6A894BF3E216F8344B43B3F4799B2A8986EAF94A<br>File Hash: 9D02C0BA9033BBD10B7BB3713FB983F35DCE843C71E4DCE4AF498318F002A56C | 02/12/2019 21:19:52 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 75 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 02/12/2019 21:18:37 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 76 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC<br>File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 02/12/2019 21:09:56 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 77 | Info Hash: 36B7266729748819E444F7942B37F3EDD4208849<br>File Hash: D70325AC5CAC1EF7C69CF1A027FD1BF1BA1024486C96381A75A673B3F89C1F71 | 02/12/2019 21:09:29 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 78 | Info Hash: F15A3D34FF0FD051292EC25A6DBB3F574863F6E2<br>File Hash: 4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 02/12/2019 20:50:31 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 79 | Info Hash: 2D0A58AC281F78D3727962D95C09C7F154AE8142<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 02/12/2019 20:49:58 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 80 | Info Hash: CD6294A1E374A9314470B69751116A79B32C1E56<br>File Hash: 92DB9212667413025631739679798 0F856FDD80CA53D09C27DDBF0ED6E827C6A | 02/12/2019 20:49:26 | Blacked Raw | 11/18/2017 | 01/02/2018 | PA0002068867 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: D004FE4CC187D0709C94955D8BF728C72E039D05<br>File Hash: 5318278A278B15F873F44A895D3904596248BD42E867C274AFC17AB019433365 | 02/12/2019 20:49:15 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 82 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 02/12/2019 20:48:54 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 83 | Info Hash: AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash: D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 02/12/2019 20:48:07 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 84 | Info Hash: 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A<br>File Hash: CB6851AF715BFEA42DD5AA76C2259C7F6FA49A82CB907C16679B935539EF88AC | 02/12/2019 20:29:10 | Blacked | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 85 | Info Hash: 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77<br>File Hash: A0AAFA709D58361236376E333AA20DAFED8EE64CD3F5151853A6448C2549C8CA | 02/12/2019 20:25:54 | Blacked | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 86 | Info Hash: 7180352F1197F512822C8C7B41CAADADB5C0F744<br>File Hash: 7541C185F56D4723B2CCF4C638BC64A1C190F075277420F380D17EED9CB14EFF | 02/12/2019 20:22:20 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 87 | Info Hash: 61E0C06AD1351C9E55EB3AAE72F17548A0239AAD<br>File Hash: DE3CBC66EBACD39E7A8362C2E10AD82B73B63370476E49CCAFC81D4714E2D3FA | 02/12/2019 20:11:39 | Blacked | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 88 | Info Hash: 992FDDD2DE50632349443D9DA5DE56C05C7BE204<br>File Hash: C37448342684445A514A781FDE1DB7B2F63FAAB9039F8BCDF30716B4430D936F | 02/12/2019 19:52:21 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 89 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash: 8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 02/12/2019 19:52:04 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: 62D04DB1D5F98E200DA8E4DD2744EEB9FB56E9C4<br>File Hash: 17929A337E0AFDEF1908FD925678A890DC679CF916F5AEBFBDB53030CB6770DC | 02/12/2019 19:50:11 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 91 | Info Hash: F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash: 8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 02/12/2019 19:46:23 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 92 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 02/12/2019 19:44:25 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 93 | Info Hash: 70142E5784AE258C78885F93F52135FFE71C9853<br>File Hash: FF00DD5572F036DA9A95C1248D0408A6DB5E5E375145F61130824AFA0172986E | 02/12/2019 19:43:59 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 94 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 02/12/2019 19:34:04 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 95 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 02/12/2019 19:32:23 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 96 | Info Hash: C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8<br>File Hash: 86718A831FFFC7E5DB83BC490E1467BCC568C94B6FBF1B32F074F50FABE991C6 | 02/12/2019 19:31:21 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |